No. 711. PETROCARBON LIMITED v. WATSON, COMMISSIONER OF PATENTS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ralph H. Hudson, Harold J. Kinney* and *M. K. Hobbs* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for respondent.

No. 712. STONE ET AL. v. MCFARLIN ET AL. C. A. 10th Cir. Certiorari denied. *Neal E. McNeill* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, and *Lynn Adams* for Morgan et al., respondents.

No. 713. ESTATE OF HASKINS, HARBER, EXECUTOR, v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *H. Keith Harber* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Joseph Kovner* for respondent.

No. 719. LEE ET AL. v. CITY OF COLORADO SPRINGS. Supreme Court of Colorado. Certiorari denied. *John H. Gately* for petitioners. *Louis Johnson* and *Charles S. Rhyne* for respondent.

No. 720. COWLITZ TRIBE OF INDIANS v. CITY OF TACOMA. C. A. 9th Cir. Certiorari denied. *Malcolm S. McLeod* for petitioner. *Marshall McCormick* for respondent.

No. 725. BILLS v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *George S. McCarthy* for petitioner.